IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22-cr-00038-LG-RHWR

JA'DARRYL JAVON JOHNSON

<u>ORDER TO UNSEAL INDICTMENT AND CASE</u>

Upon Motion of the United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 19th day of April, 2022.

*s/ Robert H. Walker*
HONORABLE ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE